# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cain, Jr, James D. | U.S. District Court Western District of Louisiana | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

611 Broad St. Suite 328
Lake Charles, LA 70601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member in Real Estate, LLC | 401 Propertty Investors, LLC |
| 2.   Member in Real Estate, LLC | LCL Investments, LLC |
| 3.   Member Real Estate, LLC | JAJH Investments, LLC |
| 4.   Member Law Firm LLC | Loftin, Cain & LeBlanc, LLC |
| 5. | |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | Loftin, Cain & LeBlanc, LLC and I have an agreement to pay me 25% of the firm fee on 3 contingency fee case upon those cases being resolved. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cain, Jr, James D. | 04/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Loftin, Cain & LeBlanc, LLC - Law Firm Salary and Distributions ( Jan. 1 to June 30, 2019 | $150,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self -Employed License Professional Counselor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cain, Jr, James D. | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Clayton Clark | Tickets LSU vs Texas Football game | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merchants and Farmers Bank | Guarantor of Commercial Loan of 7% for Commercial Office Building | M |
| 2. Banckcorp South | Guarantor of Commercial Loan for Children on Commercial Building | M |
| 3. Whitney Bank Credit Card | Credit Card | J |
| 4. Barclarycard | Credit Card | J |
| 5. | | |
| 6. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cain, Jr, James D. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. Amazon.com | A | Dividend | J | T | | | | | |
| 3. Apple, Inc. | A | Dividend | K | T | | | | | |
| 4. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 5. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 6. Vanguard Inter-Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 7. Vanguard Prime Money Mkt Fund | A | Dividend | J | T | | | | | |
| 8. Vangurard Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 9. Simple IRA (H) | | | | | | | | | |
| 10. Vanguard Target Retirement 2025 | D | Dividend | M | T | | | | | |
| 11. Vanguard Target Retirement 2025 | C | Dividend | M | T | | | | | |
| 12. Vanguard Target Retirment 2020 | A | Dividend | J | T | | | | | |
| 13. IRA - Morgan Stanley (H) | | | | | | | | | |
| 14. Ishares Global Energy EFT | D | Dividend | J | T | | | | | |
| 15. Ishares Short Treasury EFT | D | Dividend | J | T | | | | | |
| 16. Scwab U. S Large Cap | F | Dividend | L | T | | | | | |
| 17. SPDR Portifolia S&P 500 | E | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  SPDR S&P 500 Trust | E | Dividend | K | T | | | | | |
| 19.  Vanguard Growth EFT | F | Dividend | L | T | | | | | |
| 20.  Amer Cent Emerging Mkt | E | Dividend | K | T | | | | | |
| 21.  Amer. Intl GW & Inc | E | Dividend | K | T | | | | | |
| 22.  Amer INTm BD FD | D | Dividend | J | T | | | | | |
| 23.  Blackrock Mid Cap GRW | E | Dividend | K | T | | | | | |
| 24.  Gateway Fund | D | Dividend | J | T | | | | | |
| 25.  Janus Henderson GLB Eq | C | Dividend | J | T | | | | | |
| 26.  Jonh Hancock Bond I | D | Dividend | J | T | | | | | |
| 27.  JP Morgan Short Duration BD I | D | Dividend | J | T | | | | | |
| 28.  Nuance Mid Cap Value Instnl. | E | Dividend | K | T | | | | | |
| 29.  Pimco Short Asset Invest. | D | Dividend | J | T | | | | | |
| 30.  Morgan Stanley Bank Account | E | Interest | K | T | | | | | |
| 31.  Real Estate (H) | | | | | | | | | |
| 32.  Investment Property Office Building Lake Charles, Louisiana | A | Rent | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cain, Jr, James D. | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James D. Cain, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544